## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No.  14-cv-02863-RM

TERENCE SOHLER, Individually and on Behalf of All Others Similarly Situated, and Derivatively on Behalf of KODIAK OIL & GAS CORP.,

    Plaintiff,

v.

WHITING PETROLEUM CORPORATION,
1007695 B.C. LTD.,
LYNN A. PETERSON,
JAMES E. CATLIN,
WILLIAM J. KRYSIAK,
RODNEY D. KNUTSON and
HERRICK K. LIDSTONE, JR., and
KODIAK OIL & GAS CORP., a Canadian corporation.

    Defendants.

## ORDER TRANSFERRING CASE

It is ORDERED that, pursuant to D.C.COLO.LCivR 40.1A and with the approval of Chief Judge Marcia S. Krieger, this case is transferred to Judge Philip A. Brimmer.

DATED this 29th day of December, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge