IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02863-PAB

TERENCE SOHLER, individually and on behalf of all others similarly situated, and derivatively on behalf of Kodiak Oil & Gas Corp.,

    Plaintiff,

v.

WHITING PETROLEUM CORPORATION,
1007695 B.C. LTD.,
LYNN A. PETERSON,
JAMES E. CATLIN,
WILLIAM J. KRYSIAK,
RODNEY D. KNUTSON, and
HERRICK K. LIDSTONE, JR.,

    Defendants,

and

KODIAK OIL & GAS CORPORATION, a Canadian corporation,

    Nominal Party.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This case is related to Case No. 14-cv-02457-PAB-CBS. In light of the fact that Magistrate Judge Craig B. Shaffer is assigned to the related case, it is appropriate that Magistrate Judge Shaffer also be assigned to this case. Accordingly, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72, it is

    ORDERED that the Clerk of the Court reassign this matter to Magistrate Judge Craig B. Shaffer.

    DATED January 7, 2014.