IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02863-PAB-CBS

TERENCE SOHLER, Individually and on Behalf of All Others Similarly Situated and Derivatively on Behalf of KODIAK OIL & GAS CORP.,

    Plaintiff,

v.

WHITING PETROLEUM CORPORATION,
1007695 B.C. LTD.,
LYNN A. PETERSON,
JAMES E. CATLIN,
WILLIAM J. KRYSIAK,
RODNEY D. KNUTSON and
HERRICK K. LIDSTONE, JR.,

    Defendants,

– and –

KODIAK OIL & GAS CORP., a Canadian corporation,

    Nominal Party.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)**

TO:     ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, class member Terence Sohler filed a class action complaint on behalf of himself and all others similarly situated against Kodiak Oil & Gas Corp. on October 20, 2014, captioned *Sohler v. Whiting Petroleum Corp., et al.*, Case No. 1:14-cv-02863-MJW ("Complaint");

WHEREAS, no defendant in this action has answered or filed for summary judgment; and

WHEREAS, a class has not been certified in this action.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 41(a)(1), Terence Sohler voluntarily dismisses the Complaint without prejudice.

DATED: January 21, 2015

THE SHUMAN LAW FIRM
KIP B. SHUMAN (23593)
RUSTY E. GLENN (39183)

*s/ Kip B. Shuman*
KIP B. SHUMAN

885 Arapahoe Avenue
Boulder, CO 80302
Telephone: 303/861-3003
303/484-4886 (fax)
kip@shumanlawfirm.com
rusty@shumanlawfirm.com

[Proposed] Liaison Counsel

ROBBINS GELLER RUDMAN
 & DOWD LLP
RANDALL J. BARON
A. RICK ATWOOD, JR.
DAVID T. WISSBROECKER
EDWARD M. GERGOSIAN
DANIELLE S. MYERS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
randyb@rgrdlaw.com
ratwood@rgrdlaw.com
dwissbroecker@rgrdlaw.com
egergosian@rgrdlaw.com
dmyers@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff

LEVI & KORSINSKY, LLP
SHANE T. ROWLEY
30 Broad Street, 24th Floor
New York, NY 10004
Telephone: 212/363-7500
866/367-6510 (fax)
srowley@zlk.com

Additional Plaintiff's Counsel

## **Certificate of Service**

      I hereby certify that the foregoing was filed with this Court on January 21, 2015 through the CM/ECF system and will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                                                 *s/ Rusty E. Glenn*
                                                 Rusty E. Glenn